Christopher Rillo (SBN 112009)
christopher.rillo@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

Catherine A. Scott (SBN 334420)
catherine.scott@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road, Bldg. One Suite 200
Palo Alto, California 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

*Counsel for Defendant*
*Netflix, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| Mark Zavislak,<br><br>Plaintiff,<br><br>v.<br><br>Netflix, Inc.,<br><br>Defendant. | Case No. 5:21-cv-01811-EJD<br><br>**DECLARATION OF SHAREN STANEK-LOWE IN SUPPORT OF NETFLIX, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 22, 2021<br>Time: 9:00 AM<br>Dept: Courtroom 4 – 5th Floor<br>Judge: Hon. Edward J. Davila |

I, Sharen Stanek-Lowe, hereby declare as follows:

1. I am a National Account Manager for Delta Dental. I manage our Netflix, Inc. ("Netflix") account and assist with Netflix's needs, including renewals, plan documents, appeals, and grievances. I make this Declaration in support of Defendant Netflix's Response in Opposition to Plaintiff's Motion for Preliminary Injunction. I make this declaration based upon personal knowledge except where otherwise indicated, and if called and sworn at a witness, I could and would competently testify thereto.

2. The Delta Dental plan is offered by the *Netflix, Inc.: Health and Welfare Benefit Plan.* The Delta Dental Employee Benefits Booklet (*2020 Delta Dental Summary Plan Description*) references the plan "Contract." This Contract is the Dental Administrative Services Contract ("DASC") by and between Netflix and Delta Dental.

3. The DASC is a two-part document. The first seven pages address services that Delta Dental provides to Netflix, such as claims administration services and printing of documents for plan participants. These provisions affect only Delta Dental's relationship with Netflix and neither provide nor discuss any Plan benefits to participants and beneficiaries

4. The second part of the DASC attaches the Employee Benefit Booklet, which is the same Employee Benefit Booklet that is already provided to Netflix participants and beneficiaries such as Mr. Zavislak. Because any relevant DASC provisions have already been provided in the Employee Benefits Booklet, the Employee Benefit Booklet's reference to the DASC is redundant.

5. Because the DASC duplicates the provisions relevant to beneficiary's rights that are provided in the Employee Benefits Booklet, the Employee Benefits Booklet is, in effect, the contract relevant to a beneficiary such as Mr. Zavislak.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration executed on May 12, 2021, at Oakland, California..

[signature]

Sharen Stanek-Lowe