United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK ZAVISLAK,

Plaintiff,

v.

NETFLIX, INC.,

Defendant.

Case No. 21-cv-01811-EJD (NC)

**ORDER RE: DEFENDANT'S CONFIDENTIALITY DESIGNATIONS AND PLAINTIFF'S MOTION TO SEAL**

Re: ECF 72, 80

On December 30, 2021, the parties filed a joint discovery letter brief disputing Defendant Netflix's redactions and confidentiality designations. ECF 72. The Court held a hearing on the brief and ordered Netflix to file a log of the disputed designations, which it did, at ECF 79. The Court permitted Plaintiff Mark Zavislak to challenge up to twenty of Netflix's designations, which he did, at ECF 81.[1] On January 26, 2022, Netflix submitted the relevant documents for in camera review.

Netflix argues that its redactions were proper because they related to "prices and pricing structure, contingencies, and context that could be used by business competitors to affect Netflix and its vendors' competitiveness in the marketplace." ECF 72 at 2. It also argues that its confidentiality designations were proper because they were narrowly

[1] Zavislak also filed a motion to seal portions of his Challenge to Confidentiality Designations, at ECF 80-3, that directly referred to Netflix's designations. ECF 80. The Court GRANTS Zavislak's motion to seal.

tailored to sections that "specifically protect proprietary, trade secret, and commercial information relating to services, operations, policies, partner coordination, pricing, and contingencies between Netflix and third parties." *Id.* at 3. Zavislak counters that Netflix's designations are "overbroad" and include information that was already disclosed to the public or is "required to be disclosed to plan beneficiaries" under ERISA. *Id.* at 4-5. However, by the time Zavislak filed his challenges, he only challenged "the scope of the redactions . . . not the confidentiality designation itself." ECF 81 at 3.

After reviewing the disputed documents and each parties' arguments, the Court ORDERS Netflix to un-redact the following overbroad portions of the listed documents:

| | **Bates Number** | **Portion to Un-redact** |
|---|---|---|
| 1. | Netflix_00449 | The following paragraph headers:<br>• *In-State PPO<br>• *Out of State PPO |
| 2. | Netflix_00450 | The following paragraph headers:<br>• Change to Base Administrative Services Fees.<br>• Article 3(a) Retroactive Adjustments to Enrollment.<br>• Article 2(j) Services – Health & Wellness<br>• Future Moms Maternity Program no mailers<br>• 24/7 NurseLine<br>• Article 2 Managed Care Services (Utilization Review, Case Management)<br>• Fee for Provider Audit Performed by External Vendors<br><br>The following paragraphs:<br>• ID Card Production<br>• Appeals.<br>• Subrogation. |
| 3. | Netflix_00451 | The following paragraph header:<br>• TPA Transfer Fee |
| 4. | Netflix_00452 | None. |
| 5. | Netflix_00473 | None. |

United States District Court
Northern District of California

| | Bates Number | Portion to Un-redact |
|---|---|---|
| 6. | Netflix_00474 | The following paragraph headers:<br>• Fee for Provider Audit Performed by External Vendors.<br>• Medical Drug Rebates.<br>• Enhanced Personal Health Care Fee.<br>• TPA Transfer Fee.<br>• Plan Program Credit. |
| 7. | Netflix_00475 | None. |
| 8. | Netflix_00480 | The following header:<br>• 1. Medical Network Partner Coordination |
| 9. | Netflix_00487 | The following header:<br>• 10. Pharmacy Services |
| 10. | Netflix_00488 | None. |
| 11. | Netflix_00496 | The following headers:<br>• Dental Module<br>• 1. Dental Network Partner Coordination<br>• 2. Member Support<br>• 3. Management Portals |
| 12. | Netflix_00498 | The following headers:<br>• Vision Module<br>• 1. Vision Network Partner Coordination<br>• 2. Member Support<br>• 3. Management Portals |
| 13. | Netflix_00500 | The following headers:<br>• HMO Support<br>• 1. Eligibility |
| 14. | Netflix_00504 | The following headers:<br>• Pharmacy Network Services<br>• a. “Formulary”<br>• b. “Rebate”<br>The sentences “2. Unless defined herein . . . provided below:” |
| 15. | Netflix_00505 | None. |

United States District Court
Northern District of California

| | Bates Number | Portion to Un-redact |
|---|---|---|
| 16. | Netflix_00546 | The following headers:<br>• Section 3. Duties of Sponsor And/or Collective Health on Sponsor's Behalf.<br>• 3.01 Eligibility |
| 17. | Netflix_00547 | The following headers:<br>• 3.02 Audits<br>• 3.03 Printing and Distribution<br>• 3.04 Electronic Transfer of Funds<br>• Section 4. Relationship of the Parties<br>• 4.03 Indemnification |
| 18. | Netflix_00548 | The following header:<br>• 4.04 Impossibility of Performance |
| 19. | Netflix_00549 | The following header:<br>• Section 6. Termination and Renewal |
| 20. | Netflix_00551 | None. |

The Court will maintain, under seal, the records Netflix provided for in camera review. This order will be temporarily sealed until February 18, 2022, or until further Court order, to preserve the status quo while the parties may seek review from Judge Edward J. Davila under Federal Rule 72. After February 18, this order will be unsealed in its entirety, absent a contradictory order from Judge Davila.

**IT IS SO ORDERED.**

Dated: January 28, 2022

NATHANAEL M. COUSINS
United States Magistrate Judge