UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ZAVISLAK,<br><br>  Plaintiff,<br><br>  v.<br><br>NETFLIX, INC.,<br><br>  Defendant. | Case No.21-cv-01811-EJD (NC)<br><br>**ORDER TO PRODUCE DOCUMENTS FOR IN CAMERA REVIEW**<br><br>Re: ECF 131 |

On April 11, 2022, Judge Edward J. Davila remanded the issue of the application of the attorney client privilege fiduciary exception to certain disputed documents to this Court. ECF 131. In doing so, Judge Davila noted that "the current record is insufficiently developed for the Court to determine whether Zavislak's requested relief is warranted," so he ordered the Court to "examine the nature of the communications at issue" to determine whether the exception applies.

Accordingly, the Court ORDERS the parties to meet and confer and submit the following documents for in camera review by **April 26, 2022**:

1. Plaintiff and Jon Hick's communications regarding Plaintiff's § 104 request,
2. Hicks' communications relating to Plaintiff's § 104 request with outside ERISA-compliance counsel, Netflix's benefits manager, and other persons at Netflix,

*see* ECF 110, and

3. The relevant portions of Hicks' deposition transcript.

Each side may also file a supplemental brief, not to exceed three pages, explaining why they believe the fiduciary exception does or does not apply to the submitted documents. The briefs should focus on legal arguments, not procedural history, and are due on **April 26, 2022**.

**IT IS SO ORDERED.**

Dated: April 19, 2022

NATHANAEL M. COUSINS
United States Magistrate Judge