EXHIBIT FILED UNDER SEAL