Christopher Rillo (SBN 112009)
christopher.rillo@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

Catherine A. Scott (SBN 334420)
catherine.scott@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road, Bldg. One Suite 200
Palo Alto, California 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

Raerani Reddy (SBN 340475)
rani.reddy@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Counsel for Defendant*
*Netflix, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| Mark Zavislak,<br><br>Plaintiff,<br><br>v.<br><br>Netflix, Inc.,<br><br>Defendant. | Case No. 5:21-cv-01811-EJD<br><br>**DECLARATION OF SHAREN STANEK-LOWE IN SUPPORT OF NETFLIX, INC.'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 13, 2022<br>Time: 9:00 AM<br>Dept: Courtroom 4 – 5th Floor<br>Judge: Hon. Edward J. Davila |

I, SHAREN STANEK-LOWE, declare as follows:

1. I am employed by Delta Dental as National Account Manager. I make this declaration in support of Defendant Netflix's Cross-Motion for Summary Judgment. I have personal knowledge of all the following facts, and if called as a witness I could and would testify competently as to their truth.
2. The Delta Dental Employee Benefit Booklet ("DD Benefit Booklet") is a Plan document which provides a fulsome description of beneficiaries' and participants' rights. A true and correct copy of the DD Benefit Booklet, which was provided to Plaintiff in response to his February 2021 request, is attached to Netflix's Cross-Motion for Summary Judgment as Exhibit C. Delta Dental would refer participants to examine the DD Benefit Booklet for details about their dental coverages.
3. Delta Dental and Netflix entered into the Delta Administrative Services Contract ("Netflix-Delta Dental Agreement"). A true and correct copy of the Netflix-Delta Dental Agreement is attached to Netflix's Cross-Motion for Summary Judgment as Exhibit N.
4. The Netflix-Delta Dental Agreement is a two-part document. The first seven pages address services that Delta Dental provides to Netflix, such as claims administration services and printing of documents for plan participants. These provisions affect only Delta Dental's relationship with Netflix and neither provide nor discuss any Plan benefits to participants or beneficiaries.
5. The second part of the Netflix-Delta Dental Agreement attaches the Employee Benefit Booklet, which is the same Employee Benefit Booklet that is already provided to Netflix participants and beneficiaries. Because any relevant Netflix-Delta Dental Agreement provisions have already been provided in the Employee Benefits Booklet, the Employee Benefit Booklet's reference to the Netflix-Delta Dental Agreement is redundant and provides no further information than contained in the Benefits Booklet.

6. The Netflix-Delta Dental Agreement duplicates the provisions relevant to a beneficiary's rights that are provided in the Employee Benefits Booklet. It is a confidential and proprietary business agreement between Delta Dental and Netflix, and as it provides no other relevant provisions of the Plan's terms or benefits, it is not provided to beneficiaries or participants.
7. The Delta Dental 2022 Amendment (Plaintiff's Exhibit 20, Dkt. No. 144-20 (sealed) and 145-6 (unsealed) at pg. 39) is neutral. This "amendment" does not raise costs or change benefits for participants.
8. Further, the Delta Dental 2022 Amendment was not a part of the Netflix-Delta Dental Agreement as was originally produced to Plaintiff in Exhibit N and Delta Dental object to these two separate documents being merged into Plaintiff's Exhibit 20.
9. The Delta Dental 2022 Amendment is not a document that is provided to participants, nor does it provide detailed benefits information. For a fulsome disclosure, participants should consult the Delta Dental Employee Benefit Booklet which is a binding document.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 11, 2022, at OAKLAND, CALIFORNIA.

*Sharen Stanek-Lowe*

Sharen Stanek-Lowe