United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARK ZAVISLAK,

Plaintiff,

v.

NETFLIX, INC.,

Defendant.

Case No. 5:21-cv-01811-EJD

**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO SEAL**

Re: ECF No. 145

Before the Court is Defendant Netflix's request to seal portions of O. Shane Balloun's Declaration in Support of Plaintiff Zavislak's Motion to Exclude Expert Opinion Testimony of Marcia S. Wagner and Motion for Summary Judgment (ECF No. 144). Plaintiff filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Civil Local Rule 79-5 because portions refer to material designated as confidential by Defendant Netflix. ECF No. 145. Defendant requests the Court to seral Plaintiff's Exhibits 7, 8, 14, 19, 20, 23, 25, 26, 27, 28, 29, 37, and 39. (Dkt. Nos. 144-7, 8, 14, 19, 20, 23, 25, 26, 27, 28, 29, 37, and 39). ECF Nos. 145, 151. Plaintiff opposes Defendant's request in its entirety.

The sealing request as to Exhibits 25, 26, 27,28, 29, 37 and 39 are overbroad and not narrowly tailored. The motion is denied as to certain information because Defendant has not provided satisfactory explanations of "(iii) why a less restrictive alternative to sealing is not sufficient." L.R. 79-5(c)(1).

| DOCUMENT | PROPOSED SEALED PORTIONS | RULING |
|---|---|---|
| Ex. 7. Emails between Netflix employees ECF 144-7, 145-2 | Entire | GRANTED |
| Ex. 8. Netflix Emails to/from | Entire | GRANTED |

| | | |
|---|---|---|
| Outside Counsel ECF 144-8, 145- 3 | | |
| Ex. 14. Transcript of Deposition of Sharen StanekLowe (Delta Dental 30(b)(6)) ECF 144-14, 145-4 | 57:22–63:17, 66:25–67:10, 68:11–14, 69:1–71:6, 72:17–76:12, 82:4–13 | GRANTED |
| Ex. 19. Netflix-Collective Health BSA ECF 144-19, 145-5 | 3: all but “1. Medical Network Partner Coordination”; 10: all but “10. Pharmacy Services”; 19: all but headers; 21: all but headers; 23: all but headers; 27: all but “Pharmacy Network Services” and § 2 | GRANTED |
| Ex. 20. Netflix-Delta Dental DASC ECF 144-20, 145-6 | 3: All but §§ 3, 3.01 headers; 4: all but headers; 5: all but § 4.04 header; 6: all but § 6 header | GRANTED |
| Ex. 23. Preventive Care Guide ECF 144-23, 145-7 | Entire | DENIED |
| Ex. 25. 2020 Medical Management Form ECF 144-25, 145-8 | Entire | DENIED |
| Ex. 26. 2022 Medical Management Form ECF 144-26, 145-9 | Entire | DENIED |
| Ex. 27. Grievance & Appeals for Health Plan Members Policy, ECF 144-27, 145-10 | Entire | DENIED |
| Ex. 28. Enterprise Grievances and Appeals Operational Guideline, ECF 144-28, 145-11 | Entire | DENIED |
| Ex. 29. Utilization Review Process ECF 144-29, 145-12 | Entire | DENIED |
| Ex. 37. Wagner Report ECF 144- 37, 145-13 | Entire | DENIED |
| Ex. 39. Cosmetic Surgery List ECF 144-39, 145-14 | Entire | DENIED |

Accordingly, the Court GRANT IN PART and DENIES IN PART the sealing motions without prejudice.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: March 31, 2023

EDWARD J. DAVILA
United States District Judge