United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARK ZAVISLAK,
Plaintiff,

v.

NETFLIX, INC.,
Defendant.

Case No. 5:21-cv-01811-EJD

**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO SEAL**

Re: ECF No. 189

Defendant Netflix's administrative motion to seal documents submitted in connection with its Cross Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 186).

These documents are identical to the previous motion to seal (ECF No. 145). The Court denied the sealing request as to Exhibits 25, 26, 27,28, 29, 37 and 39 because Defendant has not provided satisfactory explanations of "(iii) why a less restrictive alternative to sealing is not sufficient." L.R. 79-5(c)(1).

| **DOCUMENT** | **PROPOSED SEALED PORTIONS** | **RULING** |
|---|---|---|
| Ex. 7. Emails between Netflix employees ECF 144-7, 145-2 | Entire | GRANTED |
| Ex. 8. Netflix Emails to/from Outside Counsel ECF 144-8, 145- 3 | Entire | GRANTED |
| Ex. 14. Transcript of Deposition of Sharen StanekLowe (Delta Dental 30(b)(6)) ECF 144-14, 145-4 | 57:22–63:17, 66:25–67:10, 68:11–14, 69:1–71:6, 72:17–76:12, 82:4–13 | GRANTED |
| Ex. 19. Netflix-Collective Health BSA ECF 144-19, 145- | 3: all but "1. Medical Network Partner | GRANTED |

United States District Court
Northern District of California

| | | |
|---|---|---|
| 5 | Coordination”; 10: all but “10. Pharmacy Services”; 19: all but headers; 21: all but headers; 23: all but headers; 27: all but “Pharmacy Network Services” and § 2 | |
| Ex. 20. Netflix-Delta Dental DASC ECF 144-20, 145-6 | 3: All but §§ 3, 3.01 headers; 4: all but headers; 5: all but § 4.04 header; 6: all but § 6 header | GRANTED |
| Ex. 25. 2020 Medical Management Form ECF 144-25, 145-8 | Entire | DENIED |
| Ex. 26. 2022 Medical Management Form ECF 144-26, 145-9 | Entire | DENIED |
| Ex. 27. Grievance & Appeals for Health Plan Members Policy, ECF 144-27, 145-10 | Entire | DENIED |
| Ex. 28. Enterprise Grievances and Appeals Operational Guideline, ECF 144-28, 145-11 | Entire | DENIED |
| Ex. 29. Utilization Review Process ECF 144-29, 145-12 | Entire | DENIED |
| Ex. 37. Wagner Report ECF 144- 37, 145-13 | Entire | DENIED |
| Ex. 39. Cosmetic Surgery List ECF 144-39, 145-14 | Entire | DENIED |

Accordingly, the Court GRANT IN PART and DENIES IN PART the sealing motions without prejudice.

**IT IS SO ORDERED.**

Dated: March 31, 2023

EDWARD J. DAVILA
United States District Judge